# Court of Appeals
# of the State of Georgia

ATLANTA,　　June 24, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0855. KDA GROUP, INC. v. YELLOWBOOKPAGES.COM LLC et al.**

KDA Group, Inc., has filed a suggestion of bankruptcy. Because all cases against KDA Group, Inc., have been stayed pending the outcome of Chapter 11 petition number 16-21821-GLT filed in the Bankruptcy Court for the Western District of Pennsylvania, we hereby **REMAND** the case to the trial court pending resolution of the bankruptcy petition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,　　06/24/2016*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*